UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT M. ROWE,

        Plaintiff,

vs.

Case No. 08-CV-14311
HON. GEORGE CARAM STEEH

CARL R. MEYER,
F.O.C. Attorney,

        Defendant.

_____/

## ORDER DENYING MOTION FOR REHEARING/RECONSIDERATION (#5)

Plaintiff Robert Rowe moves for rehearing/reconsideration of this court's July 7, 2007 Order dismissing his pro se in forma pauperis § 1983 claims seeking $3.0 million against Michigan Friend of the Court Attorney Carl Meyer. The court dismissed the claims under 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim on which relief may be granted in that Rowe enjoys absolute immunity from suit in performing his adjudicative and prosecutorial duties. Gould v. Suffety, No. 07-11235-BC, 2007 WL 1599716 (June 4, 2007) (Ludington, J.). A motion for reconsideration must be filed within 10 days after entry of the challenged order. E.D. Mich. LR 7.1(g)(1). In seeking reconsideration, the movant must demonstrate a palpable defect by which the court and the parties have been mislead, and show that correcting the defect will result in a different disposition of the case. E.D. Mich. LR 7.1(g)(3).

Rowe has failed to demonstrate a palpable error that, if corrected, would result in a different disposition of his claims. As Rowe points out, § 1915(e)(2)(B)(iii) more precisely authorizes dismissal where the plaintiff seeks monetary relief against a defendant who is

immune from such relief. Rowe's argument that <u>Gould</u> is distinguishable on its facts is not persuasive. Rowe fails to articulate appropriate injunctive as against Meyer. Accordingly, and in the absence of palpable error requiring a different disposition of Rowe's claims,

Rowe's motion for rehearing/reconsideration is hereby DENIED.

SO ORDERED.

Dated: October 28, 2008

s/George Caram Steeh<br>GEORGE CARAM STEEH<br>UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
October 28, 2008, by electronic and/or ordinary mail.

s/Josephine Chaffee
Deputy Clerk

---