UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT M. ROWE,

    Plaintiff,

vs.

Case No. 08-CV-14311
HON. GEORGE CARAM STEEH

CARL R. MEYER,
F.O.C. Attorney,

    Defendant.

_____/

## ORDER DENYING MOTION TO CORRECT PALPABLE ERROR (#7)

Plaintiff Robert Rowe moves to "correct palpable error." On July 7, 2007, the court dismissed Rowe's pro se in forma pauperis § 1983 claims seeking $3.0 million against Michigan Friend of the Court Attorney Carl Meyer. The court dismissed the claims under 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim on which relief may be granted in that Rowe enjoys absolute immunity from suit in performing his adjudicative and prosecutorial duties. Gould v. Suffety, No. 07-11235-BC, 2007 WL 1599716 (June 4, 2007) (Ludington, J.). On October 28, 2008, the court denied Rowe's motion for reconsideration on his failure to demonstrate a palpable error that, if corrected, would result in a different disposition of his claims. E.D. Mich. LR 7.1(g)(3). Apparently prompted by the palpable error standard used to adjudicate a motion for reconsideration, Rowe now moves to "correct palpable error," a second motion for reconsideration.

The Local Rules do not authorize the filing of successive motions for

reconsideration. See E.D. Mich. LR 7.1(g). Even if they did, Rowe has again failed to demonstrate he is entitled to relief on reconsideration. Accordingly,

Rowe's motion to correct palpable error, his second motion for reconsideration, is hereby DENIED.

SO ORDERED.

Dated: November 10, 2008

                                s/George Caram Steeh
                                GEORGE CARAM STEEH
                                UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on November 10, 2008, by electronic and/or ordinary mail.

s/Josephine Chaffee
Deputy Clerk